Appeal of Lower Southampton Township From the March 3, 1976 Opinion and Order of the Court of Common Pleas Sustaining the Challenge of Daniel F. Maloney and Olive Maloney Hallowell to the Substantive Validity of an Amendment to the Zoning Ordinance and Map of Lower Southampton Township Enacted April 25, 1974. Lower Southampton Township, Appellant.

Argued October 4, 1977, before President Judge BOWMAN and Judges CRUMLISH, JR., WILKINSON, JR., ROGERS and BLATT.

*Ronald J. Smolow*, with him *Marcel L. Groen*, and *Groen, Von Rosenstiel, Smolow & Burkett*, for appellant.

*Richard P. McBride*, with him *Power, Bowen & Valimont*, for appellees.

PER CURIAM OPINION, December 14, 1977:

The order of the Court of Common Pleas of Bucks County dated March 3, 1976 and appealed herein is af-

firmed on the able opinion of the late Judge Robert J. Mountenay for the court below reported at 28 Bucks Co. L. Rep. 237 (1976).

Order

And Now, this 14th day of December, 1977, the order of the Court of Common Pleas of Bucks County dated March 3, 1976 and appealed herein is affirmed on the able opinion of the late Judge Robert J. Mountenay for the court below, reported at 28 Bucks Co. L. Rep. 237 (1976).